UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**MOUNTAIN VALLEY PIPELINE, LLC,**

      Plaintiff,

v.	Civil Action No. 2:17-cv-04377

**MATTHEW D. WENDER**, in his
official capacity as President
of the County Commission of
Fayette County, West Virginia;
**DENISE A. SCALPH**, in her
official capacity as a
Commissioner of the County
Commission of Fayette County,
West Virginia; and **JOHN G.
BRENEMEN**, in his official
capacity as a Commissioner of
the County Commission of
Fayette County, West Virginia,

      Defendants.

## ORDER

Pursuant to the parties' joint motion, (ECF #12), the court entered an order on January 18, 2018, rescinding the parties' requirements of filing a Rule 26(f) report and Rule 26(a)(1) disclosures.  The parties have stated that they will instead file a set of stipulated facts regarding their dispute.  Accordingly, it is ORDERED that the scheduling conference set for January 26, 2018, is continued generally.

The Clerk is directed to forward copies of this order to all counsel of record and to any unrepresented parties.

      ENTER: January 23, 2018

      John T. Copenhaver, Jr.
      United States District Judge