UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**MOUNTAIN VALLEY PIPELINE, LLC,**

    Plaintiff,

v.                                    Civil Action No. 2:17-cv-04377

**MATTHEW D. WENDER,** in his official capacity as President of the County Commission of Fayette County, West Virginia; **DENISE A. SCALPH,** in her official capacity as a Commissioner of the County Commission of Fayette County, West Virginia; and **JOHN G. BRENEMEN,** in his official capacity as a Commissioner of the County Commission of Fayette County, West Virginia

    Defendants.

<u>ORDER</u>

Pending is Plaintiff's Motion for Expedited Briefing and Summary Judgment Review, filed February 5, 2018. The plaintiff asks the court to set an "expedited" briefing schedule on its motion for summary judgment, also filed February 5, 2018. The plaintiff proposes directing the defendants to file a response "within 15 days of the entry of an Order granting this motion, with a reply brief due . . . within 5 days thereafter." (Mot. 3.)

Under the Local Rules of Procedure, a response brief is normally due "within 14 days from the date of service of" the plaintiff's motion. Local R. Civ. P. 7.1(a)(7). In this case, that date is February 20, 2018.[1] To alleviate any confusion that may have resulted from the pending motion to expedite, the court directs the defendants to file a response to the plaintiff's motion for summary judgment (ECF #15) by February 23, 2018. The plaintiff may then file a reply at any time within the timeframe prescribed by the Local Rules - "within 7 days from the date of service of the" response. Local R. Civ. P. 7.1(a)(7).

The Clerk is directed to forward copies of this order to all counsel of record and to any unrepresented parties.

ENTER: February 13, 2018

John T. Copenhaver, Jr.
United States District Judge

---

[1] February 19, 2018, is Washington's Birthday, a federal holiday. Pursuant to Federal Rule of Civil Procedure 6(a)(1)(C), a deadline that ends on a legal holiday "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday" – in this case, Tuesday, February 20, 2018.