IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

MOUNTAIN VALLEY PIPELINE, LLC,

    Plaintiff,

v.                                        CIVIL ACTION NO. 2:17cv04377
                                              (Judge Copenhaver)

MATTHEW D. WENDER, in his official capacity
as President of the County Commission
of Fayette County, West Virginia;
DENISE A. SCALPH, in her official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia; and
JOHN G. BRENEMEN, in his official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia,
    Defendants.

## ORDER

Pending before the Court is the Plaintiff's Unopposed Motion to Exceed Page Limit for Reply Brief. For the reasons stated in the motion, good cause has been shown pursuant to Local Rule 7.1(a)(2), and there being no objection by Defendants, the motion is GRANTED, and Plaintiff is given leave to exceed the twenty page limit for its reply brief by not more than ten pages. This order supplants the court's prior order of March 1, 2018 (ECF #24).

Entered this 2nd day of March, 2018.

_____
Hon. Judge John T. Copenhaver, Jr., Judge