IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

**MOUNTAIN VALLEY PIPELINE, LLC,**

      Plaintiff,

v.                                                      **CIVIL ACTION NO. 2:17cv04377**
                                                                (Judge Copenhaver)

**MATTHEW D. WENDER, in his official capacity
as President of the County Commission
of Fayette County, West Virginia;
DENISE A. SCALPH, in her official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia; and
JOHN G. BRENEMEN, in his official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia,**

      Defendants.

### PLAINTIFF'S NOTICE OF COMPLETION OF CONSTRUCTION

Plaintiff Mountain Valley Pipeline, LLC ("MVP") provides this Notice pursuant to Paragraph IV.3 (p. 34) of the Memorandum Opinion and Order entered by the Court on August 29, 2018 (ECF No. 34). Specifically, MVP hereby notifies the Court that it has completed the mechanical construction of the Stallworth Compressor Station located in Fayette County, West Virginia, the construction and operation of which was authorized by a certificate of public convenience and necessity issued by the Federal Energy Regulatory Commission to MVP on October 13, 2017 (the "Stallworth Station"). Given that MVP has now achieved mechanical completion of the Stallworth Compressor Station, this location can be fully occupied. MVP personnel will begin to occupy the location now to perform maintenance activities and to complete preservation steps on any equipment that has been put in place. Full operation will commence on completion of the pipeline.

MVP believes that this Notice fulfills its full obligations under the Memorandum Opinion and Order, and requests that the Court notify it should further submissions or reporting be required.

Respectfully submitted,

Mountain Valley Pipeline, LLC

By Counsel

*/s/ Christopher B. Power*
Timothy M. Miller (W. Va. Bar No. 2564)
Christopher B. Power (W. Va. Bar No. 4286)
Jennifer J. Hicks (W. Va. Bar No. 11423)
Babst Calland Clements and Zomnir, P.C.
BB&T Square
300 Summers Street, Suite 1000
Charleston, WV  25301
Phone:  (681) 205-8888
Fax:   (681) 205-8814
tmiller@babstcalland.com
cpower@babstcalland.com
jhicks@babstcalland.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

**MOUNTAIN VALLEY PIPELINE, LLC,**

      Plaintiff,

v.                                          **CIVIL ACTION NO. 2:17cv04377**
                                                          (Judge Copenhaver)

**MATTHEW D. WENDER, in his official capacity
as President of the County Commission
of Fayette County, West Virginia;
DENISE A. SCALPH, in her official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia; and
JOHN G. BRENEMEN, in his official capacity
as a Commissioner of the County Commission
of Fayette County, West Virginia,**

      **Defendants**

## CERTIFICATE OF SERVICE

The undersigned hereby verifies that on this 11th day of November, 2019, he electronically filed the foregoing Plaintiff's Notice of Completion of Construction with the Clerk of the Court using the CM/ECF system, which will provide electronic notification of this filing to all counsel of record in this case.

                                              */s/ Christopher B. Power*
                                              Christopher B. Power (W. Va. Bar No. 4286)